UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2019-RPL10 Trust

In Re:

 Nidia Carrasco,

 Debtor.

| | |
|---|---|
| Case No.: | 21-13405-VFP |
| Chapter: | 13 |
| Hearing Date: | 6/17/2021 |
| Judge: | Papalia |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled          ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 12)

_____

Date: 6/10/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*