Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−13405−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nidia Carrasco
   412 East 37th Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6056

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 17, 2021.

Dated: June 17, 2021
JAN: jf

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nidia Carrasco  
    Debtor

Case No. 21-13405-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 17, 2021      Form ID: plncf13      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nidia Carrasco, 412 East 37th Street, Paterson, NJ 07504-1412 |
| 519228060 | | CSMC 2019-RPL10 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519193281 | + | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:50:48 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519193271 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 17 2021 20:35:00 | CALIBER HOME LOANS, ATTN: CASH OPERATIONS, PO BOX 24330, OKLAHOMA CITY, OK 73124-0330 |
| 519193272 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2021 20:34:00 | COMENITY BANK/ANN TAYLOR, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519193273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2021 20:34:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519193274 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 17 2021 20:35:00 | CONSUMER PORTFOLIO SERVICES, INC., ATTN: BANKRUPTCY, PO BOX 57071, IRVINE, CA 92619-7071 |
| 519193275 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 20:51:08 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519193277 | + | Email/Text: bankruptcy@usalliance.org | Jun 17 2021 20:33:00 | FIRST JERSEY CU, 1 CORPORATE DR, WAYNE, NJ 07470-3112 |
| 519193279 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 17 2021 20:35:00 | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 519208607 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 17 2021 20:35:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519239106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: plncf13 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 17 2021 20:51:02 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 519193282 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:51:44 | SYNCB/LITT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193283 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:50:47 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193284 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:50:47 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193285 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:50:48 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193286 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:50:48 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193287 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:51:18 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519194657 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2021 20:51:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519193276 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519193280 | *+ | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 519193288 | *+ | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519193278 | ##+ | HY CITE ENTERPRISES/ROYAL PRESTIGE, ATTN: BANKRUPTCY, 333 HOLTZMAN ROAD, MADISON, WI 53713-2109 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 17, 2021 | Form ID: plncf13 | Total Noticed: 22

|   |   |
|---|---|
|   | on behalf of Creditor CSMC 2019-RPL10 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL10 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Nidia Carrasco ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5