RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  NIDIA CARRASCO  
412 EAST 37TH STREET  
PATERSON,  NJ  07504

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-13405

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,541.18**

## RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/26/2021 | $465.59 | 7694552000 | 06/08/2021 | $465.59 | 7730028000 |
| 07/14/2021 | $545.00 | 7810300000 | 08/16/2021 | $545.00 | 7883535000 |
| 09/15/2021 | $545.00 | 7948321000 | 10/18/2021 | $545.00 | 8018222000 |
| 11/16/2021 | $545.00 | 8085518000 | 12/16/2021 | $545.00 | 8151174000 |

**Total Receipts: $4,201.18  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,201.18**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 235.73 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,447.70 | 302.30 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CALIBER HOME LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 137.29 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 166.39 | * | 0.00 | |
| 0004 | CONSUMER PORTFOLIO SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 308.26 | * | 0.00 | |
| 0006 | FIRST JERSEY CU | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | HYUNDAI MOTOR FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 25,529.72 | 100.00% | 0.00 | |
| 0010 | SYNCB/LITT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-13405**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | LVNV FUNDING LLC | UNSECURED | 449.60 | * | 0.00 | |
| 0015 | SYNCHRONY BANK | UNSECURED | 175.00 | * | 0.00 | |
| 0018 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $3,683.43**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $4,201.18    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,683.43    =    Funds on Hand: $517.75

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.