RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  NIDIA CARRASCO
412 EAST 37TH STREET
PATERSON,  NJ  07504

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 21-13405

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,541.18**

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/26/2021 | $465.59 | 7694552000 | 06/08/2021 | $465.59 | 7730028000 |
| 07/14/2021 | $545.00 | 7810300000 | 08/16/2021 | $545.00 | 7883535000 |
| 09/15/2021 | $545.00 | 7948321000 | 10/18/2021 | $545.00 | 8018222000 |
| 11/16/2021 | $545.00 | 8085518000 | 12/16/2021 | $545.00 | 8151174000 |
| 01/20/2022 | $545.00 | 8220492000 | 02/17/2022 | $545.00 | 8281335000 |
| 03/14/2022 | $545.00 | 8339053000 | 04/21/2022 | $545.00 | 8417235000 |
| 05/18/2022 | $545.00 | 8474771000 | 06/21/2022 | $545.00 | 8541110000 |
| 07/21/2022 | $545.00 | 8600860000 | 08/25/2022 | $545.00 | 8668154000 |
| 09/23/2022 | $545.00 | 8724191000 | 10/27/2022 | $545.00 | 8789462000 |
| 12/01/2022 | $545.00 | 8856519000 | 01/03/2023 | $545.00 | 8913027000 |

**Total Receipts: $10,741.18  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,741.18**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/14/2022 | $215.45 | 885,271 | 03/14/2022 | $517.75 | 887,010 |
| | 04/18/2022 | $1,043.67 | 888,664 | 06/20/2022 | $1,051.84 | 892,092 |
| | 08/15/2022 | $525.92 | 895,433 | 09/19/2022 | $525.92 | 897,000 |
| | 10/17/2022 | $525.92 | 898,704 | 11/14/2022 | $525.92 | 900,279 |
| | 12/12/2022 | $515.02 | 901,862 | 01/09/2023 | $515.02 | 903,356 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 513.73 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 21-13405**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | CALIBER HOME LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 137.29 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 166.39 | * | 0.00 | |
| 0004 | CONSUMER PORTFOLIO SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 308.26 | * | 0.00 | |
| 0006 | FIRST JERSEY CU | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | HYUNDAI MOTOR FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 25,529.72 | 100.00% | 5,962.43 | |
| 0010 | SYNCB/LITT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 449.60 | * | 0.00 | |
| 0015 | SYNCHRONY BANK | UNSECURED | 175.00 | * | 0.00 | |
| 0018 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $10,226.16**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $10,741.18    -    Paid to Claims: $5,962.43    -    Admin Costs Paid: $4,263.73    =    Funds on Hand: $515.02

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.