Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−13405−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nidia Carrasco
   412 East 37th Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−6056

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 9/19/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: September 19, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-13405-VFP

Nidia Carrasco     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: Sep 19, 2024     Form ID: ntcrics     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nidia Carrasco, 412 East 37th Street, Paterson, NJ 07504-1412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2024 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2024 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 21:22:27 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519193271 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 19 2024 21:28:00 | CALIBER HOME LOANS, ATTN: CASH OPERATIONS, PO BOX 24330, OKLAHOMA CITY, OK 73124-0330 |
| 519193272 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 21:27:00 | COMENITY BANK/ANN TAYLOR, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519193273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 21:27:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 519193274 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 19 2024 21:27:00 | CONSUMER PORTFOLIO SERVICES, INC., ATTN: BANKRUPTCY, PO BOX 57071, IRVINE, CA 92619-7071 |
| 519228060 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 19 2024 21:28:00 | CSMC 2019-RPL10 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519193275 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2024 21:36:35 | DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519193278 | | Email/Text: bankruptcynotices@hycite.com | Sep 19 2024 21:26:00 | HY CITE ENTERPRISES/ROYAL PRESTIGE, ATTN: BANKRUPTCY, 333 HOLTZMAN ROAD, MADISON, WI 53713 |
| 519193279 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 19 2024 21:27:00 | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 519208607 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 19 2024 21:27:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: ntcrics | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519243500 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 19 2024 21:33:46 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519239106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2024 21:35:40 | | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 519246389 | | Email/Text: bnc-quantum@quantum3group.com Sep 19 2024 21:27:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519193281 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 19 2024 21:28:00 | | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519193282 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:52:31 | | SYNCB/LITT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193283 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:52:29 | | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193284 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:36:30 | | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193285 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:21:22 | | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193286 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:22:49 | | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519193287 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 19 2024 21:21:24 | | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 519194657 | ^ | MEBN Sep 19 2024 21:14:39 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519248658 | + | Email/PDF: ebn_ais@aisinfo.com Sep 19 2024 21:22:57 | | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519193277 | | Email/Text: bankruptcy@usalliance.org Sep 19 2024 21:26:00 | | FIRST JERSEY CU, 1 CORPORATE DR, WAYNE, NJ 07470 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519193276 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DEPARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 519193280 | *+ | HYUNDAI MOTOR FINANCE, ATTN: BANKRUPTCY, PO BOX 20829, FOUNTAIN VALLEY, CA 92728-0829 |
| 519193288 | *+ | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL10 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Nidia Carrasco ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4