UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| In Re: | Case No.: | 21-13405 |
|---|---|---|
| Nidia Carrasco | Judge: | VFP |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☒ Motion for Relief from the Automatic Stay filed by _____ Selene Finance, LP _____ , creditor,

    A hearing has been scheduled for _____ 10/02/2025 _____, at _10:00 a.m_ .


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.


2.   I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtor made a monthly payment in September and is respectfully requesting
the opportunity to make a lumpsum payment toward the post-petition
delinquency and enter into a cure order for the remaining delinquency.

3.     This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: 09/25/2025                              /s/ Nidia Carrasco
                                                     Debtor's Signature

Date: _____              _____
                                                     Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*