RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re: NIDIA CARRASCO
412 EAST 37TH STREET
PATERSON, NJ 07504

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 21-13405**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $32,541.18**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/26/2021 | $465.59 | 7694552000 | 06/08/2021 | $465.59 | 7730028000 |
| 07/14/2021 | $545.00 | 7810300000 | 08/16/2021 | $545.00 | 7883535000 |
| 09/15/2021 | $545.00 | 7948321000 | 10/18/2021 | $545.00 | 8018222000 |
| 11/16/2021 | $545.00 | 8085518000 | 12/16/2021 | $545.00 | 8151174000 |
| 01/20/2022 | $545.00 | 8220492000 | 02/17/2022 | $545.00 | 8281335000 |
| 03/14/2022 | $545.00 | 8339053000 | 04/21/2022 | $545.00 | 8417235000 |
| 05/18/2022 | $545.00 | 8474771000 | 06/21/2022 | $545.00 | 8541110000 |
| 07/21/2022 | $545.00 | 8600860000 | 08/25/2022 | $545.00 | 8668154000 |
| 09/23/2022 | $545.00 | 8724191000 | 10/27/2022 | $545.00 | 8789462000 |
| 12/01/2022 | $545.00 | 8856519000 | 01/03/2023 | $545.00 | 8913027000 |
| 02/03/2023 | $545.00 | 8979147000 | 03/22/2023 | $545.00 | 9068444000 |
| 06/08/2023 | $545.00 | 9212761000 | 07/14/2023 | $545.00 | 9275534000 |
| 08/11/2023 | $595.00 | 9324363000 | 09/22/2023 | $595.00 | 9393377000 |
| 10/26/2023 | $595.00 | 9449735000 | 12/04/2023 | $595.00 | 9515577000 |
| 01/02/2024 | $595.00 | 9558302000 | 02/01/2024 | $595.00 | 9611070000 |
| 03/20/2024 | $595.00 | 9693539000 | 05/03/2024 | $595.00 | 9768485000 |
| 07/08/2024 | $595.00 | 9871001000 | 08/28/2024 | $189.94 | 1740813758 |
| 08/28/2024 | $595.00 | 1740813816 | 08/28/2024 | $1,000.00 | 1740813759 |
| 09/11/2024 | $595.00 | 9436419252 | 09/26/2024 | $595.00 | 9436419290 |
| 10/07/2024 | $595.00 | 1001440000 | 11/07/2024 | $595.00 | 1006362700 |
| 12/09/2024 | $595.00 | 1011023800 | 01/08/2025 | $595.00 | 1015461000 |
| 02/14/2025 | $596.00 | I1MR6TV6FW-Plan | 03/14/2025 | $596.00 | I1MR6TV6FW-Plan |
| 04/15/2025 | $596.00 | I1MR6TV6FW-Plan | 05/14/2025 | $596.00 | I1MR6TV6FW-Plan |
| 06/16/2025 | $596.00 | I1MR6TV6FW-Plan | 07/15/2025 | $596.00 | I1MR6TV6FW-Plan |
| 08/14/2025 | $596.00 | I1MR6TV6FW-Plan | 09/16/2025 | $596.00 | I1MR6TV6FW-Plan |
| 10/15/2025 | $596.00 | I1MR6TV6FW-Plan | 11/14/2025 | $596.00 | I1MR6TV6FW-Plan |
| 12/16/2025 | $596.00 | I1MR6TV6FW-Plan | 01/14/2026 | $596.00 | I1MR6TV6FW-Plan |

**Chapter 13 Case # 21-13405**

**Total Receipts: $30,783.12 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $30,783.12**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/14/2022 | $215.45 | 885,271 | 03/14/2022 | $517.75 | 887,010 |
| | 04/18/2022 | $1,043.67 | 888,664 | 06/20/2022 | $1,051.84 | 892,092 |
| | 08/15/2022 | $525.92 | 895,433 | 09/19/2022 | $525.92 | 897,000 |
| | 10/17/2022 | $525.92 | 898,704 | 11/14/2022 | $525.92 | 900,279 |
| | 12/12/2022 | $515.02 | 901,862 | 01/09/2023 | $515.02 | 903,356 |
| | 02/13/2023 | $515.02 | 904,859 | 03/13/2023 | $515.02 | 906,487 |
| | 05/15/2023 | $515.02 | 909,713 | 07/17/2023 | $509.58 | 912,685 |
| | 08/14/2023 | $109.58 | 914,215 | 09/18/2023 | $556.33 | 915,695 |
| | 11/13/2023 | $556.33 | 918,643 | 12/11/2023 | $547.40 | 920,079 |
| | 01/08/2024 | $547.40 | 921,488 | 02/12/2024 | $547.40 | 922,818 |
| | 03/11/2024 | $547.40 | 924,287 | 05/10/2024 | $547.40 | 927,204 |
| | 06/17/2024 | $547.40 | 928,566 | 08/19/2024 | $565.25 | 931,475 |
| | 10/21/2024 | $3,391.44 | 934,331 | 11/18/2024 | $559.30 | 935,828 |
| | 12/16/2024 | $559.30 | 937,213 | 01/13/2025 | $559.30 | 938,642 |
| | 02/10/2025 | $559.30 | 940,037 | | | |
| SELENE FINANCE LP | | | | | | |
| | 03/17/2025 | $560.24 | 942,365 | 04/14/2025 | $560.24 | 943,811 |
| | 06/16/2025 | $1,126.44 | 946,687 | 08/18/2025 | $566.20 | 949,460 |
| | 09/16/2025 | $566.20 | 950,810 | 10/20/2025 | $566.20 | 952,283 |
| | 11/17/2025 | $566.20 | 953,721 | 12/15/2025 | $160.24 | 955,135 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,728.09 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CALIBER HOME LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 137.29 | * | 0.00 | |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 166.39 | * | 0.00 | |
| 0004 | CONSUMER PORTFOLIO SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 308.26 | * | 0.00 | |
| 0006 | FIRST JERSEY CU | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | HYUNDAI MOTOR FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | SELENE FINANCE LP | MORTGAGE ARRI | 25,529.72 | 100.00% | 22,824.31 | |
| 0010 | SYNCB/LITT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 449.60 | * | 0.00 | |
| 0015 | SYNCHRONY BANK | UNSECURED | 175.00 | * | 0.00 | |
| 0018 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |

**Total Paid: $29,102.40**

See Summary

**Chapter 13 Case # 21-13405**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $30,783.12 - Paid to Claims: $22,824.31 - Admin Costs Paid: $6,278.09 = Funds on Hand: $1,680.72

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.