UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C Rodriguez, Esq. (435332023)

**In Re:**

**Nidia Carrasco,**

     **Debtor.**

Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    21-13405-VFP

Chapter:    13

Hearing Date:  November 6, 2025

Judge:    Vincent F. Papalia

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: February 13, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
In re: Nidia Carrasco// 21-13405-VFP
Order Resolving Creditor's Motion for Relief from the Automatic Stay with Conditions

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 412-414 E 37th St., Paterson, NJ 07504 (the "Subject Property"), and  Russell L. Low, Esquire representing Nidia Carrasco ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.      Status of post-petition arrearages:

■ The Debtor is overdue for 05 months from September 1, 2025 through January 1, 2026.

■ The Debtor is overdue for 05 payments from September 1, 2025 through January 1, 2026 at $2,408.46 per month.

   Funds Held In Suspense ($1,195.24).

   Total Arrearages Due $10,847.06.

2.    Debtor must cure all post-petition arrearages, as follows:

■ Beginning on 02/01/2026, regular monthly mortgage payments shall continue to be made in the amount of $2,408.46.

■ Beginning on 01/15/2026, monthly cure payments shall be made in the amount of $1,205.22 for eight (08) months with a ninth ( 9th) and final payment of $1,205.30 coming due no later than 09/15/2026.

3.  Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment:  Selene Finance, LP
                            Attn: BK Dept
                            3501 Olympus Boulevard
                            Dallas Texas  75019

■ Immediate payment:        Selene Finance, LP
                            Attn: BK Dept
                            3501 Olympus Boulevard

Page 2
In re: Nidia Carrasco// 21-13405-VFP
Order Resolving Creditor's Motion for Relief from the Automatic Stay with Conditions
Dallas Texas  75019

4.  In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.  Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $525.00 and costs of $199.00.

The fees and costs are payable:
■ Through the Chapter 13 plan.

United States Bankruptcy Court

District of New Jersey

In re:

Nidia Carrasco

     Debtor

Case No. 21-13405-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Nidia Carrasco, 412 East 37th Street, Paterson, NJ 07504-1412

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL10 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST nrodriguez@raslg.com, NJbkyecf@flwlaw.com |

District/off: 0312-2                              User: admin                                          Page 2 of 2
Date Rcvd: Feb 13, 2026                           Form ID: pdf903                                     Total Noticed: 1

Russell L. Low
                on behalf of Debtor Nidia Carrasco ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7