Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21−13405−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nidia Carrasco
412 East 37th Street
Paterson, NJ 07504

Social Security No.:
xxx−xx−6056

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/16/26 at 10:00 AM

to consider and act upon the following:

*60* – Creditor's Certification of Default (related document:55 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. Objection deadline is 07/6/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Rodriguez, Nathalie)

*62* – Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:55 Order on Motion For Relief From Stay) filed by Nathalie Rodriguez on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. Objection deadline is 07/6/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST) filed by Russell L. Low on behalf of Nidia Carrasco. (Low, Russell)

Dated: 6/30/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court