**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Nidia Carrasco** | : | CASE NO. 21-13405 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

## RESPONSE TO CREDITOR'S CERTIFICATION IN SUPPORT OF DEFAULT

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Nidia Carrasco in her chapter 13 bankruptcy case.
2. On behalf of the debtor, I am respectfully requesting that she be granted the opportunity to pay $3,550.00 upfront within a week's time and $7,500.00 the first week of October to bring the mortgage totally current through September 2026.
3. Therefore, I am respectfully requesting the opportunity to resolve the Creditor's Certification of Default.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: September 11, 2026

/s/ Russell L. Low
**Russell L. Low**
Attorney for Debtor