Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−13405−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nidia Carrasco
412 East 37th Street
Paterson, NJ 07504

Social Security No.:
xxx−xx−6056

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/1/26 at 10:00 AM

to consider and act upon the following:

***67*** − Creditor's Certification of Default (related document:65 Order Resolving Creditor's Certification of Default) filed by Nathalie Rodriguez on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. Objection deadline is 09/11/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Rodriguez, Nathalie)

***68*** − Response to (related document:67 Creditor's Certification of Default (related document:65 Order Resolving Creditor's Certification of Default) filed by Nathalie Rodriguez on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST. Objection deadline is 09/11/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST) filed by Russell L. Low on behalf of Nidia Carrasco. (Low, Russell)

Dated: 9/14/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court